Accordingly, the people's motion to affirm is granted.

PEOPLE v. HARRIS. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 September 7, 1971, at Lansing. (Docket No. 10832.) Decided September 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Robert A. Reuther*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION.    Defendant was convicted by a Recorder's Court jury of robbery armed and appeals as of right.    The people move to affirm the conviction.

Upon the study of the briefs and records, it is manifest that the issue raised on appeal is so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.